UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Donald G. Rhein,
    Plaintiff,

    vs                              Case No. C-1-01-685

Bob Williams Auto Group, Inc.,
et al.,
    Defendants

**ORDER**

The above captioned case was closed on December 23, 2002. Therefore, **IT IS ORDERED** that all **SEALED DOCUMENTS)** (Docs. 31 & 33) be returned to the custody of the filing party.

January 6, 2004                    s/Sandra S. Beckwith
Date                                  Sandra S. Beckwith
                                       United States District Judge